UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIMEY GARRETT, individually and on behalf of all others similarly situated,

                Plaintiffs,

– against –

THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP,

                Defendant.

**ORDER**

17 Civ. 5493 (ER)

Ramos, D.J.:

      On April 26, 2017, Jaimey Garrett filed a complaint against The CJS Solutions Group, LLC in Washington Superior Court, King County alleging violation of the Washington Minimum Wage Act. Doc. 1-1. On June 5, 2017, Defendant removed the case to federal court. Doc. 1. On July 26, 2017, Plaintiff's case was consolidated with *Sanders et al. v. The CJS Solutions Group, LLC d/b/a The HCI Group*, Docket No. 17 Civ. 3809 (ER). Doc. 18. On June 22, 2018, the Court approved the parties' amended agreement to settle the consolidated cases. Docket No. 17 Civ. 3809 Doc. 106.

      The Clerk of Court is therefore respectfully directed to close this case.

      It is SO ORDERED.

Dated:   November 30, 2020
            New York, New York

                                              Edgardo Ramos, U.S.D.J.